FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION UNDER 28 U.S.C. § 1343

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

OCT 20 2026

JENNIFER P. LYONS, CLERK

BY_______________

DEPUTY CLERK

Tyrone Trask
**[Enter above the full name of the plaintiff in this action]**

**v.** ) **Docket No.**

CAS Bryant
CAS Slagle
C/O Harry Pierce
**[Enter above the full name of the defendant(s) in this action]**

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [ ] No [X]

B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

1. Parties to this previous lawsuit

Plaintiff(s) _______________

Defendant(s) _______________

2. Court [If federal court, name the district; if state court, name the county]

_______________

3. Docket number _______________

4. Name of judge whom case was assigned _______________

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] ______

6. Approximate date of filing lawsuit ______

7. Approximate date of outcome ______

II. Place of present confinement Maine State Prison - Warren, ME.

A. Is there a prisoner grievance procedure in this institution?
Yes [ X ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [ X ]

C. If your answer is "Yes"

1. What steps did you take? ______

2. What was the result? ______

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff Tyrone Trask

Address 807 Cushing Rd, Warren, ME 04864

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

**B. Name of Defendant** (1) CAS Bryant

**Position** Certified accuity Specialist

work **Address** 807 Cushing Rd, Warren, ME 04864

**C. Additional Defendant(s)** (2) CAS Staigle

Position: Certified Accuity Specialist

work ADDRESS: 807 Cushing RD Warren, ME 04864

(3) HARRY Pierce - Corrections offier

807 Cushing RD Warren, ME 04864

**IV. Statement of Claim**

**[State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]**

Each Defendent has history of mental cruelty and abuse of plaintiff. Plaintiff Alleges constant harrassment while Being held as a Safekeeper in the Intensive mental health Unit (IMHU) of Maine state prison.

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

plaintiff Requests Appointment of Both a private investigator to Research this matter As well as Appointment of Counsel to represent plaintiff. plaintiff suffers from Severe mental Health issues As well as Dyslexia.

[signature]
Signature of Plaintiff

Signed this Sept day of 18, 2026

I declare under penalty of perjury that the foregoing is true and correct.

9/18/2026
Date

[signature]
Signature of Plaintiff